UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:24-cv-08473-DOC (BFM)                     Date:  December 20, 2024

Title  *Mark Jenkins v. Carlos Arce*

Present: The Honorable  Brianna Fuller Mircheff, United States Magistrate Judge

| L. Krivitsky for Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers) Minute Order re: Order to Show Cause (ECF 4)

    Petitioner Mark Jenkins filed a habeas petition in federal court arguing that he should be resentenced in state court. (ECF 1.) The Court issued an Order requiring Petitioner to show cause—meaning explain—why the Petition should not be dismissed. (ECF 3.) The Court explained that Petitioner's claim did not appear to be the kind of claim for which the federal courts may grant habeas relief and it appeared his claim was unexhausted.

    The Court ordered Petitioner to respond to the Order no later than November 12, 2024. As of today's date, Petitioner has not filed anything with the Court. The Court will give him one more chance to do so.

    Petitioner is ordered to respond to the Order **no later than January 21, 2025**, and to explain why the Court should not recommend dismissal of his Petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.**  2:24-cv-08473-DOC (BFM)　　　　　　　　　　**Date:**  December 20, 2024

Title　*Mark Jenkins v. Carlos Arce*

Petitioner's failure to file a timely response will result in the Court recommending that his case be dismissed without prejudice for failure to exhaust, failure to present cognizable claims, and/or for failure to prosecute and to follow court orders.

**IT IS SO ORDERED**.


cc: Mark Jenkins, pro se


　　　　　　　　　　　　　　　　　　　　　　　Initials of Preparer:　　LK